UNITED MUTUAL FIRE INSURANCE COMPANY, Respondent, *v.* JAMESTOWN MUTUAL INSURANCE COMPANY, Appellant.

(Argued April 17, 1935; decided May 3, 1935.)

*Harold J. Adams* and *Percy R. Smith* for appellant.
*William DeGraff* and *John D. Sullivan* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, CROUCH, LOUGHRAN and FINCH, JJ. Dissenting: HUBBS, J.